# Court of Appeals
# of the State of Georgia

ATLANTA,____April 22, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1627. ROBERT H. MCNAIR, CO-EXECUTOR OF THE ESTATE OF W. O. MCNAIR v. RICHARD "RICHIE" HAROLD MCNAIR et al.

The Probate Court of Turner County entered an order denying a petition to probate the will of W. O. McNair, finding that the propounders had failed to establish, over co-executor and caveator Robert H. McNair's objection, that the testator had testamentary capacity at the time she executed her last will. The propounders appealed to the superior court. Following a jury trial, the superior court entered judgment in favor of the propounders and ruled that the will should be admitted to probate despite caveator Robert H. McNair's argument that the will was not freely and voluntarily executed. Robert H. McNair appealed to this Court. However, the Georgia Supreme Court has appellate jurisdiction in all cases involving wills. See Ga. Const. of 1983, Art. VI, Sec. VI, Para. III. The Supreme Court has defined such cases as those "in which the will's validity or meaning is in question." *In re: Estate of Gwendolyn H. Lott*, 251 Ga. 461 (306 SE2d 920) (1983). Accordingly, we lack jurisdiction over this appeal, which is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____04/22/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.